IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ALONZO WILLIAMS,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-01352 |
| v. | : | |
| | : | (Judge Rambo) |
| **GLENN IRWIN,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 11th day of October 2023, upon consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is directed to **CLOSE** this case; and

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge